
#129402 /#133

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED 2011 APR -4 PM 2:58
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In re: HAFNER, DAVID MICHAEL  Case No. 09-33088

Judge RICHARD L. SPEER

REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| ZEP Manufacturing Co., Attn: Jonathan E. Raulston, PO Box 11405 Birmingham, AL 35202 | $0.40 |
| NHS Energy Services, PO Box 8125, Toledo, OH 43615 | 3.14 |
| Enterprise Office Systems, 19 N. Erie St., Toledo, OH 43604 | 0.28 |
| Tightlock Storage LLC, 513 Yorkshire Dr., Haskins, OH 43525 | 1.02 |
| Great Lakes Glass Block Inc., 324 W. Laskey Rd., Toledo, OH 43612 | 0.39 |
| A D Glass, PO Box 727, Perrysburg, OH 43552 | 1.22 |
| Waterville Landscaping, Inc., c/o Michael A. Gonzalez, Esq., Four Seagate, 8th floor, Toledo, OH 43604 | 3.33 |
| Columbia Gas of Ohio, 200 Civic Center Dr., 11th Flr., Columbus, OH 43215 | 0.47 |
| Pete Crossley, 8613 Snapdragon Lane, Monclova, OH 43542 | 0.20 |

Check for $10.45 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
John N. Graham, Trustee

Dated: 4/1/11

Cc:
Office of the U.S. Trustee